|  |  |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br><br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>August 21, 2013<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>DEPUTY CLERK |

UNITED STATES OF AMERICA, )
                                      ) Case No. 2:13-CR-00166-LKK-3
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
                                      ) PERSON IN CUSTODY
ERIK MORENO, )
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ERIK MORENO, Case No. 2:13-CR-00166-LKK-3, Charge Title 21 USC § 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 50,000 (co-signed)

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other) with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 21, 2013 at 2:37 pm.

By _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate JudgeMagistrate Judge