UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 12, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

ERIK MORENO,

   Defendant.

Case No.  2:13-cr-00166 KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  ERIK MORENO , Case No.  2:13-cr-00166 KJM , Charge 21 USC § 841(a)(1), from custody for the following reasons:

**x** Release on Personal Recognizance (continued conditions of supervised release)

____ Bail Posted in the Sum of $ _____

  ____ Unsecured Appearance Bond $ _____

  ____ Appearance Bond with 10% Deposit

  ____ Appearance Bond with Surety

  ____ Corporate Surety Bail Bond

  ____ (Other):

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 12, 2024, at 3:30 PM.

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire