ERIC GRANT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK MORENO,<br><br>Defendants. | CASE NO. 2:13-CR-00166 TLN-3<br><br>STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET ADMIT/DENY HEARING<br><br>DATE: October 27, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff, United States of America, by and through its counsel of record, and defendant, Erik Moreno, by and through his counsel of record, hereby stipulate as follows:

1. On Wednesday, October 14, 2026, the defendant made his initial appearance on five supervised release violations. At the initial appearance, the defendant requested a preliminary hearing for Tuesday, October 27, 2026.
2. The parties now move to vacate the preliminary hearing and set an Admit/Deny hearing in front of the Honorable Troy L. Nunley for December 3, 2026.
3. At the Admit/Deny hearing, the defendant will admit to Charges 1 and 2 of the Supervised Release Petition.
4. After conferring with the San Joaquin County DDA and the Probation Officer, the government agrees to dismiss Charges 3, 4, and 5 of the Supervised Release Violation Petition.
5. The Probation Officer will file a Superseding Supervised Release Violation Petition to amend

the New Law Violations alleged in Charges 3, 4, and 5 of the Supervised Release Violation Petition.

6. The parties are currently waiting to receive conviction documents from the San Joaquin County DA's office. The Probation Officer has requested to review the documents prior to filing the Superseding Petition. According to the San Joaquin County DDA and Mr. Moreno's Public Defender, the filing system is currently backed up, and the conviction documents are not yet available.
7. Once the conviction documents are available, the Probation Officer will file the Superseding Petition.
8. The parties aim for Mr. Moreno to have his initial appearance on the Superseding Petition prior to the Admit/Deny hearing on December 3, 2026. If there is further delay in obtaining the conviction documents, the parties will file another stipulation.
9. The parties have conferred with the Probation Officer, who joins the parties' request.

IT IS SO STIPULATED.

Dated: October 23, 2026

ERIC GRANT
United States Attorney

By: /s/ *NICOLE M. VANEK*
NICOLE M. VANEK
Assistant United States Attorney

Dated: October 23, 2026

/s/ *OLAF HEDBERG*
OLAF HEDBERG
Counsel for Defendant
ERIK MORENO

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: October 26, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE